1  Dashawn Lamark Corley
   P.O. Box 7126
2  Midland TX. 79708
   702-353-1129
3  dashawn702@gmail.com

4  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
5

6  DASHAWN LAMARK CORLEY,          Case No.: 2:17-cv-02241-JAD-NJK

7        Plaintiff,               **ORDER GRANTING**

8  vs.                            **REQUEST FOR EXTENTION OF**
                                  **TIME TO APPOSE DEFENDANTS MOTION TO**
9  ANDREW CECERE, U.S. BANK       **DISMISS**

10       Defendant

11        TO THE COURT, CLERK, JUDGE  JENNIFER A. DORSEY, ALL PARTIES, AND THEIR

12  COUNCEL OF RECORD:

13        Plaintiff is asking that the court grants Dashawn Lamark Corley an extension of an additional 14

14  days to seek council to prepare for a response to Defendants Motion to Dismiss. Please take notice that Plaintiff has

15  filed this case **not** as a "pro se", but as a natural person "propia persona sui juris". Plaintiffs deadline to respond to

16  the Motion to Dismiss is/was September 13, 2017.  This is Plaintiff's first request for extension of time to file

17  response to Defendants Motion to Dismiss. Plaintiff, Dashawn Lamark Corley had to prepare for and undergo

18  surgery that took place on September 13, 2017 which enabled the Plaintiff to file response in a timely manner. The

19  Plaintiff has been unsuccessful in making contact with opposing party or opposing party's attorney for obtaining

20  consent for extension. Under these unusual circumstances, Plaintiff hereby memorializes its request that the court

21  extends Plaintiffs response date till September 27, 2017.

22

23        Respectfully submitted this 14th, day of September, 2017.

24

25

26                              _____
                                       uee  1-30ᵎ

27                          **ORDER**

28

29  **Good cause appearing, IT IS HEREBY ORDERED that the request to**
30  **extend the deadline to oppose the motion to dismiss [ECF No. 8] is**
    **GRANTED.  With or without counsel, plaintiff has until September 27,**
31  **2017, to file the response.**

32

                                _____
                                U.S. District Judge Jennifer Dorsey
                                September 21, 2017