# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Dashawn Lamark Corley,

    Plaintiff

v.

U.S. Bancorp; Andrew Cecerre,

    Defendants

2:17-cv-02241-JAD-NJK

**Order Granting Motion to Dismiss and Closing Case**

[ECF No. 8]

On August 30, 2017, Defendants U.S. Bancorp and Andrew Cecere moved to dismiss all claims under Federal Rule of Civil Procedure 12(b)(6).[1] Corley requested, and was granted, an extension of his deadline to oppose the motion to dismiss, which made his response due by September 27, 2017.[2] That deadline expired a week ago, and Corley has not responded to or sought a second extension of time to oppose the motion to dismiss.

Corley's silence constitutes his consent to granting the motion under Local Rule 7-2(d), which states that "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion."[3] Accordingly, and with good cause appearing, I construe plaintiff's failure to oppose the motion as his consent to granting it, and

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss **[ECF No. 8] is GRANTED. This case is dismissed.** The Clerk of Court is instructed to **VACATE the October 23, 2017, hearing** and **CLOSE THIS CASE.**

Dated October 4, 2017.

                                            _____
                                            Jennifer A. Dorsey
                                            United States District Judge

---

[1] ECF No. 8.

[2] ECF No. 14.

[3] L.R. 7-2(d).