# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Dashawn Lamark Corley,<br><br>　　　Plaintiff<br><br>v.<br><br>U.S. Bancorp; Andrew Cecerre,<br><br>　　　Defendants | 2:17-cv-02241-JAD-NJK<br><br>**Order Denying Motion for Summary Judgment**<br><br>[ECF No. 21] |

On October 5, 2017, I dismissed and closed this case. *See* ECF No. 19. Two weeks later, plaintiff Dashawn Corley filed a motion for summary judgment. ECF No. 21. Because this case has already been dismissed and closed, plaintiff has no claims left that I could grant summary judgment on. Accordingly,

IT IS HEREBY ORDERED that **Plaintiff's Motion for Summary Judgment [ECF No. 21] is DENIED as moot**. There are no claims left in this case, and this case has been closed.

Dated October 23, 2017.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　United States District Judge